UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:22-cv-06932-JLR

RICHARD FICHTL,

    Plaintiff,

vs.

FIRST UNUM LIFE
INSURANCE COMPANY,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEY'S FEES, COSTS, AND PREJUDGMENT INTEREST

Pursuant to Local Rule 7.1(a)(1), Fed. R. Civ. P. 54(d), and this Court's Civil Judgment dated April 2, 2024 (DE 46), Plaintiff Richard Fichtl ("Fichtl") moves for an order awarding him (a) his reasonable attorney's fees and costs incurred in this lawsuit, and (b) prejudgment interest. This relief is sought pursuant to 29 U.S.C. § 1132(g)(1) and the federal common law of ERISA.

Respectfully Submitted,

    ATTORNEYS DELL AND SCHAEFER,
    CHARTERED
    Attorneys for Plaintiff
    2625 Weston Rd.
    Weston, FL 33331
    Phone: (954) 620-8300
    Fax: (954) 922-6864

    */s/ Gregory M. Dell*
    GREGORY MICHAEL DELL, ESQ
    Florida Bar No: 299560
    Email: gdell@diattorney.com
    STEPHEN FRANCIS JESSUP ESQ
    Florida Bar No.: 0026264

Email: stephen@diattorney.com
JEREL DAWSON
Florida Bar No.: 152390
Email: Jerel@diattorney.com

April 22, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 22nd day of April, 2024.

Respectfully submitted,

ATTORNEYS DELL AND SCHAEFER, CHARTERED
Attorneys for Plaintiff
2625 Weston Rd.
Weston, FL 33331
(954) 620-8300

  /s/ *Gregory M. Dell*
GREGORY MICHAEL DELL
New York Bar No.: 4513115
Email: gdell@diattorney.com
JEREL C. DAWSON
Fl. Bar No: 152390
Email: jerel@diattorney.con
STEPHEN F. JESSUP
Fl. Bar No.: 26264
Email: stephen@diattorney.com