### ATTORNEYS DELL & SCHAEFER, CHARTERED

Case Expense Report

4/19/2024  
10:09:50AM

(2182596) Fichtl, Richard (Unum)(SFJ/dl)

Page 1 of 1

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 11/03/2021 | 85358 | MR | Citi Cards [ Medical Records ]<br>3643 | | 1,074.20 |
| 09/15/2022 | 1 | MR | Citi Cards [ Medical Records ]<br>**VOID: 3418 | | 135.45 |
| 09/15/2022 | 1<br>Void reversing entry | MR | Citi Cards [ Medical Records ]<br>**VOID: 3418 | 135.45 | |
| 09/15/2022 | 1 | FF | Citi Cards [ Filing Fee ]<br>**VOID: 3418 | | 200.00 |
| 09/15/2022 | 1 | FF | Citi Cards [ Filing Fee ]<br>**VOID: 3418 | | 402.00 |
| 09/15/2022 | 1<br>Void reversing entry | FF | Citi Cards [ Filing Fee ]<br>**VOID: 3418 | 200.00 | |
| 09/15/2022 | 89420 | FF | Citi Cards [ Filing Fee ]<br>3418 | | 200.00 |
| 09/15/2022 | 89420 | MR | Citi Cards [ Medical Records ]<br>3418 | | 135.45 |
| 09/15/2022 | 1 | FF | Citi Cards [ Filing Fee ]<br>**VOID: 3418 | | 200.00 |
| 09/15/2022 | 1<br>Void reversing entry | FF | Citi Cards [ Filing Fee ]<br>**VOID: 3418 | 402.00 | |
| 09/15/2022 | 1<br>Void reversing entry | FF | Citi Cards [ Filing Fee ]<br>**VOID: 3418 | 200.00 | |
| 09/15/2022 | 89420 | FF | Citi Cards [ Filing Fee ]<br>3418 | | 200.00 |
| 09/15/2022 | 89420 | FF | Citi Cards [ Filing Fee ]<br>3418 | | 402.00 |
| 11/08/2022 | 89939<br>Richard Fichtl service | COURIER | United Process Service [ Courier Service ]<br>Richard Fichtl service | | 90.00 |
| 12/11/2022 | 90186<br>Richard Fichtl v Unum mediation | MED | JAMS, Inc. [ Mediation ]<br>Richard Fichtl mediation | | 4,850.00 |
| 02/07/2023 | 1 | MCR | Citi Cards [ Medical Consulting Review ]<br>2362 | | 587.24 |
| 03/29/2023 | | | D&S COSTS [ D&S COSTS REIMBURSED ] | 125.00 | |

Total:  1,062.45   8,476.34

Balance:  7,413.89