**Attorneys Dell & Schaefer**
2625 Weston Rd
Weston, FL 33331
9546208300
www.diattorney.com

April 18, 2024

DR. RICHARD FICHTL
450 E 63rd St
Apt 4J
New York, NY 10065

**Invoice Number: Draft**
Invoice Period: 12-20-2022 - 04-18-2024

Payment is due immediately upon receipt of invoice unless the balance is less than $10.00. Do not send payment for this low balance. Amount will continue to show on the next month's billing cycle until over $10.00.

RE: 2182596 - JD (2182596-3)

NEW CHARGES FOR PROFESSIONAL SERVICES

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-20-2022 | Jerel Dawson | Review/analyze claim file for mediation statement. | 3.60 | 788.00 | 2,836.80 |
| 12-22-2022 | Jerel Dawson | Review/analyze claim file for mediation statement. | 4.50 | 788.00 | 3,546.00 |
| 01-05-2023 | Jerel Dawson | Draft mediation statement. | 5.50 | 788.00 | 4,334.00 |
| 01-07-2023 | Jerel Dawson | Continue drafting mediation statement. | 3.30 | 788.00 | 2,600.40 |
| 01-08-2023 | Jerel Dawson | Continue drafting mediation statement. | 5.90 | 788.00 | 4,649.20 |
| 03-18-2023 | Jerel Dawson | Review/analyze claim file for motion for judgment on administrative record. | 7.40 | 788.00 | 5,831.20 |
| 03-19-2023 | Jerel Dawson | Draft motion for judgment on administrative record. | 6.40 | 788.00 | 5,043.20 |
| 03-20-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 2.50 | 788.00 | 1,970.00 |
| 03-21-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 6.70 | 788.00 | 5,279.60 |
| 03-22-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 5.80 | 788.00 | 4,570.40 |
| 03-23-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 7.60 | 788.00 | 5,988.80 |
| 03-24-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 7.70 | 788.00 | 6,067.60 |
| 03-25-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 4.40 | 788.00 | 3,467.20 |
| 03-26-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 5.20 | 788.00 | 4,097.60 |
| 03-27-2023 | Jerel Dawson | Continue drafting motion for judgment on administrative record. | 4.30 | 788.00 | 3,388.40 |
| 03-27-2023 | Jerel Dawson | Telephone conference with court clerk and opposing counsel re filing of administrative record. | 0.30 | 788.00 | 236.40 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-29-2023 | Jerel Dawson | Revise/edit motion for judgment on administrative record. | 2.80 | 788.00 | 2,206.40 |
| 04-07-2023 | Jerel Dawson | Review/analyze defendant's motion for judgment on administrative record and research opposition arguments. | 2.50 | 788.00 | 1,970.00 |
| 04-07-2023 | Jerel Dawson | Begin drafting brief in opposition to defendant's motion for judgment on the record. | 2.50 | 788.00 | 1,970.00 |
| 04-08-2023 | Jerel Dawson | Continue drafting brief in opposition to defendant's motion for judgment on the record. | 1.80 | 788.00 | 1,418.40 |
| 04-09-2023 | Jerel Dawson | Continue drafting brief in opposition to defendant's motion for judgment on the record. | 6.60 | 788.00 | 5,200.80 |
| 04-10-2023 | Jerel Dawson | Continue drafting brief in opposition to defendant's motion for judgment on the record. | 2.90 | 788.00 | 2,285.20 |
| 04-11-2023 | Jerel Dawson | Continue drafting brief in opposition to defendant's motion for judgment on the record. | 3.80 | 788.00 | 2,994.40 |
| 04-12-2023 | Jerel Dawson | Continue drafting brief in opposition to defendant's motion for judgment on the record. | 6.40 | 788.00 | 5,043.20 |
| 04-12-2023 | Jerel Dawson | Draft response to defendant's statement of material facts. | 0.90 | 788.00 | 709.20 |
| 05-03-2023 | Jerel Dawson | Review/analyze defendant's opposition to motion for judgment on administrative record and research issues/arguments for reply brief. | 2.80 | 788.00 | 2,206.40 |
| 05-05-2023 | Jerel Dawson | Draft reply brief in support of motion for judgment on administrative record. | 4.40 | 788.00 | 3,467.20 |
| 05-13-2023 | Jerel Dawson | Continue drafting reply brief in support of motion for judgment on administrative record. | 6.10 | 788.00 | 4,806.80 |
| 04-17-2024 | Jerel Dawson | Draft memorandum of law in support of motion for attorney's fees. | 6.30 | 788.00 | 4,964.40 |
| 04-18-2024 | Jerel Dawson | Continue drafting memorandum of law in support of motion for attorney's fees. | 1.10 | 788.00 | 866.80 |
| 04-18-2024 | Jerel Dawson | Review billing statements to be submitted in support of motion for attorney's fees. | 0.30 | 788.00 | 236.40 |
| 04-18-2024 | Jerel Dawson | Draft declaration of attorney Dawson in support of motion for attorney's fees. | 1.90 | 788.00 | 1,497.20 |
| 04-18-2024 | Jerel Dawson | Draft declaration of attorney Dell in support of motion for attorney's fees. | 1.20 | 788.00 | 945.60 |
| 04-18-2024 | Jerel Dawson | Draft declaration of attorney Jessup in support of motion for attorney's fees. | 0.70 | 788.00 | 551.60 |
| | | Total | | | 107,246.80 |

## Time Summary

| Task | Hours | Rate | Amount |
|---|---|---|---|
| Draft | 107.50 | 788.00 | 84,710.00 |
| Review | 25.50 | 788.00 | 20,094.00 |
| Revise | 2.80 | 788.00 | 2,206.40 |
| Tel Conf | 0.30 | 788.00 | 236.40 |
| | | Total Fees | 107,246.80 |

| | |
|---|---|
| Total for this Invoice | 107,246.80 |
| Total Amount to Pay as of 04-18-2024 | 107,246.80 |

Invoice Number: Draft

THANK YOU ---- We appreciate your business! If you have any questions, please contact us at 1-800-828-7583 - You may speak with MELISSA MACHUCA (Ext 8336)

Page 2 of 4

DRAFT

## Matter Statement of Account
As of 04-18-2024

| Matter | Balance Due |
|---|---|
| 2182596 - JD | 107,246.80 |
| **Total Amount to Pay** | **107,246.80** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
|  |  |  |  | Balance | 0.00 |



Invoice Number: Draft        THANK YOU ---- We appreciate your business! If you have any questions, please contact us at 1-800-828-7583 - You may speak with MELISSA MACHUCA (Ext 8336)        Page  4  of  4

**Attorneys Dell & Schaefer**
2625 Weston Rd
Weston, FL 33331
9546208300
www.diattorney.com

April 18, 2024

DR. RICHARD FICHTL
450 E 63rd St
Apt 4J
New York, NY 10065

**Invoice Number: Draft**
Invoice Period: 08-14-2022 - 04-18-2024

Payment is due immediately upon receipt of invoice unless the balance is less than $10.00. Do not send payment for this low balance. Amount will continue to show on the next month's billing cycle until over $10.00.

RE: 2182596 (2182596-1)

NEW CHARGES FOR PROFESSIONAL SERVICES

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-14-2022 | Gregory Dell | Review of claim file for preparation of drafting of complaint, Draft Complaint. | 8.00 | 788.00 | 6,304.00 |
| 08-15-2022 | Gregory Dell | Review Rule 7.1 Statement. | 0.20 | 788.00 | 157.60 |
| 08-25-2022 | Gregory Dell | Review of Clerk Notice of deficient motion for pro hac vice. | 0.10 | 788.00 | 78.80 |
| | | | | Total | 6,540.40 |

### Time Summary

| Task | Hours | Rate | Amount |
|---|---|---|---|
| Review | 8.30 | 788.00 | 6,540.40 |
| | | Total Fees | 6,540.40 |

| | |
|---|---|
| Total for this Invoice | 6,540.40 |
| Total Amount to Pay as of 04-18-2024 | 6,540.40 |

## Matter Statement of Account
### As of 04-18-2024

| Matter | Balance Due |
|---|---|
| 2182596 | 6,540.40 |
| **Total Amount to Pay** | **6,540.40** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| | | | | **Balance** | **0.00** |



Invoice Number: Draft    THANK YOU ---- We appreciate your business! If you have any questions, please contact us at 1-800-828-7583 - You may speak with MELISSA MACHUCA (Ext 8336)    Page 2 of 2

**Attorneys Dell & Schaefer**
2625 Weston Rd
Weston, FL 33331
9546208300
www.diattorney.com

April 18, 2024

DR. RICHARD FICHTL
450 E 63rd St
Apt 4J
New York, NY 10065

**Invoice Number: Draft**
Invoice Period: 08-25-2022 - 04-18-2024

Payment is due immediately upon receipt of invoice unless the balance is less than $10.00. Do not send payment for this low balance. Amount will continue to show on the next month's billing cycle until over $10.00.

RE: 2182596 - SFJ (2182596-2)

NEW CHARGES FOR PROFESSIONAL SERVICES

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-25-2022 | Stephen Jessup | Draft Motion for Pro Hace Vice/ Affidavit. | 0.50 | 788.00 | 394.00 |
| 09-20-2022 | Stephen Jessup | Review of Judge Individual Rules of Practice. | 0.30 | 788.00 | 236.40 |
| 09-29-2022 | Stephen Jessup | Draft Status of Claim letter. | 0.30 | 788.00 | 236.40 |
| 10-11-2022 | Stephen Jessup | Review of Defendant Answer/draft letter to appear by phone for initial conference. | 0.80 | 788.00 | 630.40 |
| 10-17-2022 | Stephen Jessup | Finalize Draft of Status Letter and Case Management plan. | 0.30 | 788.00 | 236.40 |
| 10-25-2022 | Stephen Jessup | Initial Pre-Trial Conference. | 0.50 | 788.00 | 394.00 |
| 11-15-2022 | Stephen Jessup | Review R 26 disclosure. | 0.20 | 788.00 | 157.60 |
| 12-22-2022 | Stephen Jessup | Review claim file in preparation of mediation; medical review work on draft mediation statement. | 5.00 | 788.00 | 3,940.00 |
| 12-23-2022 | Stephen Jessup | Consult with co-counsel on mediation/claim file. | 1.00 | 788.00 | 788.00 |
| 01-17-2023 | Stephen Jessup | Finalize draft mediation statement; email to mediator. | 0.50 | 788.00 | 394.00 |
| 01-17-2023 | Stephen Jessup | Conference with client in advance of mediation. | 2.50 | 788.00 | 1,970.00 |
| 01-20-2023 | Stephen Jessup | Mediation | 6.00 | 788.00 | 4,728.00 |
| 01-25-2023 | Stephen Jessup | Draft Joint Case Status letter. | 0.40 | 788.00 | 315.20 |
| 01-30-2023 | Stephen Jessup | Review Court memo to show cause. | 0.20 | 788.00 | 157.60 |
| 01-30-2023 | Stephen Jessup | Draft letter to judge in response to order to show cause, confer with opposing counsel and file. | 0.40 | 788.00 | 315.20 |
| 01-31-2023 | Stephen Jessup | Review of Court response to letter in response to order to show cause. | 0.20 | 788.00 | 157.60 |
| 02-07-2023 | Stephen Jessup | Video conference with Court . | 0.40 | 788.00 | 315.20 |
| 02-07-2023 | Stephen Jessup | Draft file and file notice of appearance. | 0.20 | 788.00 | 157.60 |
| | | | **Total** | | **15,523.60** |

## Time Summary

| Task | Hours | Rate | Amount |
|---|---|---|---|
| Conference | 2.90 | 788.00 | 2,285.20 |
| Draft | 2.60 | 788.00 | 2,048.80 |
| L130 - Experts / Consultants | 1.00 | 788.00 | 788.00 |
| L440 - Other Trial Preparation and Support | 0.50 | 788.00 | 394.00 |
| Mediation | 6.00 | 788.00 | 4,728.00 |
| Review | 6.70 | 788.00 | 5,279.60 |
| | | **Total Fees** | 15,523.60 |

| | | |
|---|---|---|
| | **Total for this Invoice** | 15,523.60 |
| | **Total Amount to Pay as of 04-18-2024** | 15,523.60 |



DRAFT

Invoice Number: Draft    THANK YOU ---- We appreciate your business! If you have any questions,    Page 2 of 3
please contact us at 1-800-828-7583 - You may speak with MELISSA
MACHUCA (Ext 8336)

## Matter Statement of Account

As of 04-18-2024

| Matter | | | | Balance Due |
|---|---|---|---|---|
| 2182596 - SFJ | | | | 15,523.60 |
| | | | **Total Amount to Pay** | **15,523.60** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| | | | | **Balance** | **0.00** |



Invoice Number: Draft    THANK YOU ---- We appreciate your business! If you have any questions,    Page  3  of  3
please contact us at 1-800-828-7583 - You may speak with MELISSA
MACHUCA (Ext 8336)