UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RICHARD FICHTL,

        **Plaintiff,**

v.                                          **CASE NO: 1:22-CV-06932-JLR**

**FIRST UNUM LIFE INSURANCE**
**COMPANY,**                              **NOTICE OF SETTLEMENT**

        **Defendant.**
---------------------------------------------------------X

    COME NOW, Plaintiff, Richard Fichtl, and Defendant, First Unum Life Insurance Company, by and through their undersigned counsel hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: May 24, 2024

                                                    Respectfully Submitted,

                                                    ATTORNEYS DELL AND
                                                    SCHAEFER, CHARTERED
                                                    Attorneys for Plaintiff
                                                    2625 Weston Rd
                                                    Weston, FL 33331
                                                    (954) 620-8300

                                                    /s/ *Gregory M. Dell*
                                                    GREGORY MICHAEL DELL
                                                    New York Bar No.: 4513115
                                                    Email: gdell@diattorney.com
                                                    STEPHEN FRANCIS JESSUP ESQ
                                                    Florida Bar No.: 0026264
                                                    Email: stephen@diattorney.com
                                                    JEREL DAWSON
                                                    Florida Bar No.: 152390
                                                    Email: Jerel@diattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 24th day of May, 2024.

    /s/ *Gregory M. Dell*
    GREGORY MICHAEL DELL

In light of this notice of settlement, Plaintiff's motion for attorneys' fees, costs, and prejudgment interest (ECF No. 47) is denied without prejudice to refiling by **June 27, 2024**, if the settlement is not consummated.  To be clear, any application for fees, costs, and prejudgment interest must be filed by the aforementioned deadline; any application filed thereafter may be denied solely on that basis.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 47

Dated: May 28, 2024
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**